CHARLES THOMPSON *v.* COMMISSIONER
OF CORRECTION
(9637)

DALY, O'CONNELL and HEIMAN, Js.

Argued June 4—decision released June 25, 1991

*Michael J. Isko,* assistant public defender, for the appellant (petitioner).

*James M. Ralls,* assistant state's attorney, with whom, on the brief, was *Robert Brunetti,* assistant state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.